UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,                      ECF Case

    - against -                    No. 23 Civ. 10985 (LGS)

LAURA TYLER PERRYMAN,

        Defendant,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    WHEREAS, on January 24, 2024, the Government submitted a motion seeking to intervene in this action and seeking a complete stay, in light of the pendency of the parallel criminal case S1 23 Cr. 117 (DLC) (the "Criminal Case"), in which an indictment has been filed; and

    WHEREAS, defendant Laura Perryman consents to the complete stay sought by the Government; and

    WHEREAS, the Securities and Exchange Commission takes no position on the request for a complete stay; and

    WHEREAS, the Court finds that a complete stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

    **ORDERED** that the Government's motion to intervene is GRANTED.   It is further

    **ORDERED** that this action is stayed in its entirety until the completion of the Criminal Case. The Government shall file status letters every 90 days regarding the status of the parallel criminal case.

SO ORDERED:

_____           January 26, 2024
**LORNA G. SCHOFIELD**                    _____
**UNITED STATES DISTRICT JUDGE**          DATE