UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SECURITIES AND EXCHANGE :
COMMISSION., :
:
                          Plaintiffs, :      23 Civ. 10985 (LGS)
:
        -against- :      ORDER
:
LAURA TYLER PERRYMAN, :
                     Defendant. :
:
------------------------------------------------------------:
:
  X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued August 15, 2024, scheduled an initial conference in this case for August 28, 2024;

      WHEREAS, an Order issued August 19, 2024, referred this case to United States Magistrate Judge Jennifer E. Willis for the purposes of general pre-trial and dispositive motions; It is hereby

      **ORDERED** that the conference scheduled for August 28, 2024, is **CANCELLED.**

Dated: August 27, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE