UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                     Plaintiff,            **ORDER**

        -against-                      **23-CV-10985 (LGS) (JW)**

LAURA TYLER PERRYMAN,

                     Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendant's reply memorandum in support of her motion to dismiss, which is 46 pages of argument and 7 pages of non-argument (i.e., tables of content and authority and cover page). Pursuant to both this Court's and Judge Schofield's individual rules, reply memoranda are limited to 10 pages. Therefore, the Court will **not** consider Defendant's reply memorandum. The Defendant may to re-file her reply, limited to 10 pages not including the tables of content and authority, by **December 23, 2024**.

      **The Clerk of Court is respectfully requested to mail a copy of this order to Defendant Laura Tyler Perryman 48091-510 FPC Bryan, P.O. Box 2149 Bryan, TX 77805.**

      SO ORDERED.

DATED:    New York, New York
               November 21, 2024

                                                      _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge