**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

SECURITIES AND EXCHANGE COMMISSION,

          **Plaintiff,**

        **v.**

LAURA TYLER PERRYMAN,

          **Defendant.**

_____

:
:
:
:
:
:   **Case No. 1:23-cv-10985 (LGS) (JW)**
:
:
:
:
:
:

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Jason M. Bussey, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, nor censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration in support of this motion and a Certificate of Good Standing for the State of California pursuant to Local Rule 1.3.

Respectfully submitted this 11th day of September, 2025.

        /s/ *Jason M. Bussey*_____
        Jason M. Bussey (CA Bar No. 227185)
        Attorney for Plaintiff
        Securities and Exchange Commission
        44 Montgomery Street, Suite 700
        San Francisco, CA 94104
        Phone: (415) 705-2500
        Fax: (415) 705-2501
        Email: busseyja@sec.gov