**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,                        **ORDER**

        -against-                   **23-CV-10985 (LGS) (JW)**

LAURA TYLER PERRYMAN,

                Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Clerk of Court is directed to update Defendant Laura Tyler Perryman's

address to the following:

    **Laura Perryman, Register Number 48091-510**
    **FCI Waseca**
    **FBOP Federal Correctional Institution**
    **P.O. Box 1731**
    **Waseca, MN 56093**

    SO ORDERED.

DATED:    New York, New York
           May 26, 2026

                               _Jennifer E. Willis_
                                JENNIFER E. WILLIS
                                United States Magistrate Judge