UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

PERRYMAN,

Defendant.

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**23-CV-10985 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

This action has been referred to me for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement pursuant to 28 U.S.C. § 636(b)(1)(A). (Dkt. No. 34.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Willis in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-jennifer-e-willis and also attached to this Order.

It is hereby **ORDERED** that an initial scheduling and case management conference will be held in accordance with Fed. R. Civ. P. 16 on **September 23, 2026, at 11:00 AM ET**.

It is hereby **ORDERED** that the Warden or other official in charge of FCI Waseca produce Defendant Laura Perryman, Register Number 48091-510, on **September 23, 2026 at 11:00 AM ET**, to a suitable location within FCI Waseca that is equipped with a telephone, for the purpose of participating by telephone in a

conference with the Court and Plaintiff's counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

The Parties are directed to review Judge Willis' Individual Rules of Practice in Civil Cases at https://www.nysd.uscourts.gov/hon-jennifer-e-willis. Defendant is directed to complete the Proposed Case Management Plan for Pro Se Cases and mail it to The Honorable Jennifer E. Willis, U.S. District Court, 40 Foley Square, New York, New York 10007 by **September 16, 2026.**

Plaintiff's counsel must: (1) send this Order to the Warden immediately; (2) contact FCI Waseca to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) complete the Proposed Case Management Plan For Pro Se Cases and file it on the docket by **September 16, 2026**, and (4) telephone Judge Willis' teleconference line **at (646) 453-4442, ID: 423 555 745#**, with Defendant on the line, at the time and date of the conference.

If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known, but by no later than three (3) business days before the scheduled conference date.

Finally, to the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form available at https://nysd.uscourts.gov/hon-jennifer-e-willis and submit it via ECF.

**The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Defendant. The Clerk of Court is also directed to close Dkt. No. 93.**

SO ORDERED.

Dated: New York, New York
August 7, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge