**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

LAURA TYLER PERRYMAN,

Defendant.

---------------------------------------------------------------X

**ORDER**

**23-CV-10985 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties attended a telephonic initial scheduling and case management conference on September 23, 2026. As discussed more fully on the record, the fact discovery schedule shall be as follows:

- All fact discovery shall be completed no later than **August 27, 2027.**
- Initial disclosures are due on **October 16, 2026.**
- Depositions shall be completed by **August 27, 2027**.
- Neither party may take more than **10 depositions**. Non-party depositions shall follow initial party depositions.
- Initial Requests for Documents must be made by **February 19, 2027** and responses shall be due on **April 29, 2027**.
- Subpoenas requesting documents from third parties must be served by **April 16, 2027**.
- Privilege logs to describe the materials withheld on grounds of privilege, if any, will be provided by **May 28, 2027**.

The SEC is directed to order a copy of the September 23 ICMC and provide a courtesy copy to the Court.

SO ORDERED.

DATED: New York, New York
September 24, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge