**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

LAURA TYLER PERRYMAN,

Defendant.

-------------------------------------------------------------X

**ORDER**

**23-CV-10985 (LGS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Perryman's motion for reconsideration of the entered protective order at Dkt. No. 110 and the SEC's response. See Dkt. No. 111, 114. The Court finds that the SEC's proposed revised protective order at Dkt. No. 114-1 adequately addresses Perryman's concerns regarding the entered protective order. Further, the Court agrees with the SEC that (1) Perryman's objection regarding the third-party subpoena issues is moot and has already been addressed (see Dkt. No. 109) and (2) the timing and logistical issues concerning providing third party productions to Perryman should be addressed through a meet and conferral process rather than via a protective order.

Lastly, before the Court enters the SEC's revised protective order at Dkt. No. 114-1, the Court would like the parties to meet and confer regarding whether a clause related to AI is necessary in this case. Given Perryman's *pro se* status and *pro se* parties' increasing use of AI generally, the parties are to discuss whether a clause is

necessary to make clear the any confidential-designated documents cannot be uploaded into AI to assist Perryman in litigating the case.

The SEC is to file a letter by **December 4, 2026** indicating whether either party would like to include additional language beyond the changes made in the revised protective order at Dkt. No. 114-1.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 111 and 114 and to mail a copy of this order to the *pro se* Defendant.**

SO ORDERED.

DATED: New York, New York
November 9, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge